■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAUL PERALTA, Appellant. [917 NYS2d 587]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered October 28, 2009, convicting him of criminal sexual act in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Angiolillo, Balkin, Lott and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR PICKENS, Appellant. [918 NYS2d 48]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (J. Goldberg, J.), imposed June 30, 2009, on the ground that the sentence was excessive. Justice Dillon has been substituted for the late Justice Fisher (*see* 22 NYCRR 670.1 [c]).

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Dillon, Belen and Lott, JJ., concur.